THE PEOPLE OF THE STATE OF NEW YORK, Plaintiffs in Error, *v.* FREDERICK EVERS, Defendant in Error.

(Argued November 10, 1875; decided November 30, 1875.)

REPORTED below, 3 Hun, 716.

*Benjamin K. Phelps* for the plaintiffs in error.

*Frederick Evers* for the defendant in error.

Agree to affirm.    No opinion.
FOLGER, ANDREWS and EARL, JJ., dissenting.
Judgment affirmed.